# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

JUDGE ALAN S. GOLD                                          COURTROOM 10 - TENTH FLOOR



FILED by _____ D.C.
AUG 09 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**Calendar**

| Start | End | Category | Description |
|---|---|---|---|
| 9 Aug 2002  1:30 PM ↓ 2:30 | 3:30 PM | | FINAL APPROVAL HEARING<br><br>00-1341-CIV (MDL) (2 hours)<br><br>IN RE:<br><br>AMERICAN ONLINE, INC. VERSION 5.0 SOFTWARE LITIGATION |

- FINAL APPROVAL HEARING HELD.
- ORDER TO FOLLOW.